UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 10525 WGY

DYNAMIC MACHINE WORKS, INC., )
)
Plaintiff ) Docket No.
)
v. )
)
MACHINE & ELECTRICAL )   MAGISTRATE JUDGE Collings
CONSULTANTS, INC., )
)
Defendant )

RECEIPT # 54594
AMOUNT $150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 3/16/04

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(d) and §1332, Defendant hereby gives notice of the removal of the above-captioned action from the Superior Court, Middlesex County, Massachusetts. As grounds for removal, Defendant states the following:

1. Plaintiff filed this Complaint in Middlesex County Superior Court, Massachusetts on February 20, 2004. A copy of Plaintiff's Complaint (Superior Court Civil Action No. MICV2004-0066) is attached Exhibit A.

2. There is complete diversity of citizenship between the parties. Plaintiff is a Massachusetts corporation. Defendant is a Maine corporation.

3. The amount in controversy in this action, upon information and belief, exceeds the sum of $75,000.00, exclusive of interest and costs.

4. Pursuant to 28 U.S.C. § 1446(d), Defendant's counsel is filing a copy of this Notice of Removal with the Middlesex County Superior Court, Massachusetts, and is sending a copy of the Notice of Removal to all adverse parties.

5. Attached as Exhibit B is a copy of all process, pleadings and orders served upon Defendant in this action.

5. Attached as Exhibit B is a copy of all process, pleadings and orders served upon Defendant in this action.

6. Defendant has requested and will file separately a certified copy of the record in this case for the Middlesex County Superior Court in compliance with Local Rule 81.1.

WHEREFORE, Defendant, by and through counsel, respectfully requests that the action now pending in Middlesex County Superior Court, Massachusetts be removed to the United States District Court, District of Massachusetts.

DATED this 15th day of March, 2004.

CLEMENTS & CLEMENTS, LLP

BY: _____
Jeffrey D. Clements, Esq. (BBO #632544)

50 Federal Street
Boston, MA 02110
(617) 451-1800

SMITH ELLIOTT SMITH & GARMEY,

BY: _____
Aaron P. Burns, Esq. (BBO #644116)
Attorneys for Defendant

199 Main Street
P.O. Box 1179
Saco, ME 04072
(207) 282-1527

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Notice of Removal was served this 15th day of March, 2004 by forwarding a copy by first class mail, postage prepaid, to:

> Jack Bryan Little, Esq.
> Law Offices of Jack Bryan Little, P.C.
> 401 Andover Street
> North Andover, MA 01845

_____
Jeffrey D. Clements, Esq.