UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 10525 WGY

| | |
|---|---|
| DYNAMIC MACHINE WORKS, INC., | )<br>) |
| Plaintiff | ) Docket No.<br>) |
| v. | )<br>) |
| MACHINE & ELECTRICAL<br>CONSULTANTS, INC., | )<br>)<br>) |
| Defendant | ) |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P.7.1(a) and Local Rule 7.3, Defendant Machine & Electrical Consultants, Inc., by counsel and its duly authorized agent, hereby notifies the Court that it has no parent companies and that it is not a publicly held corporation.

DATED this 15th day of March, 2004.

CLEMENTS & CLEMENTS, LLP

BY: _____
Jeffrey D. Clements, Esq. (BBO #632544)

50 Federal Street
Boston, MA 02110
(617) 451-1800

SMITH ELLIOTT SMITH & GARMEY,

BY: _____
Aaron P. Burns, Esq. (BBO #644116)
Attorneys for Defendant

199 Main Street
P.O. Box 1179
Saco, ME 04072
(207) 282-1527

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Corporate Disclosure Statement was served this 15th day of March, 2004 by forwarding a copy by first class mail, postage prepaid, to:

>Jack Bryan Little, Esq.
>Law Offices of Jack Bryan Little, P.C.
>401 Andover Street
>North Andover, MA 01845

_____
Jeffrey D. Clements, Esq.