UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNAMIC MACHINE WORKS, INC., ) | **04 10525 WGY** |
| ) | |
| Plaintiff ) | Docket No. |
| ) | |
| v. ) | |
| ) | |
| MACHINE & ELECTRICAL ) | |
| CONSULTANTS, INC., ) | |
| ) | |
| Defendant ) | |

## MOTION TO ADMIT PRO HAC VICE

Jeffrey D. Clements, counsel for Defendant Machine & Electrical Consultants, Inc., hereby moves, pursuant to Local Rule 83.5.3(b), that Keith R. Jacques, Esq. be granted leave to appear and practice in this Court in the above-captioned matter.

Keith R. Jacques is a partner in the law firm of Smith Elliott Smith & Garmey in Portland and Saco, Maine. Mr. Jacques was awarded his JD Degree from Vanderbilt University School of Law in 1984. He currently is a member in good standing of the State and Federal Bars in the State of Maine. His license to practice law is not, and has not been, subject to any disciplinary proceedings.

Attorney Jacques is aware of all rules of this Court and, if admitted to practice before this Court, will at all times be associated with undersigned counsel.

WHEREFORE, undersigned counsel for Defendant Machine & Electrical Consultants, Inc. respectfully requests that Attorney Jacques be admitted to practice law before this Court in this action.

DATED this 15th day of March, 2004.

                    CLEMENTS & CLEMENTS, LLP

BY: _____
      Jeffrey D. Clements, Esq. (BBO #632544)
      Attorney for Defendant

50 Federal Street
Boston, MA 02110
(617) 451-1800

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Motion to Admit Pro Hac Vice was served this 15th day of March, 2004 by forwarding a copy by first class mail, postage prepaid, to:

Jack Bryan Little, Esq.
Law Offices of Jack Bryan Little, P.C.
401 Andover Street
North Andover, MA 01845

_____
Jeffrey D. Clements, Esq.