UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DYNAMIC MACHINE WORKS, INC., | ) | |
| | ) | |
| Plaintiff | ) | Docket No. |
| | ) | |
| v. | ) | |
| | ) | |
| MACHINE & ELECTRICAL | ) | |
| CONSULTANTS, INC., | ) | |
| | ) | |
| Defendant | ) | |

VISITING LAWYER CERTIFICATE

Pursuant to Local Rule 83.5.3(b), I, Keith R. Jacques, request leave of court to appear and practice in the United States District Court, District of Massachusetts as counsel for Defendant Machine & Electrical Consultants, Inc. I am partner at the law firm of Smith Elliott Smith & Garmey, 199 Main Street, Saco, Maine 04072.

I hereby certify that I am a member in good standing in the United States District Court, District of Maine and the State Court for the State of Maine. There are no disciplinary proceedings pending against me as a member of any bar in any jurisidiction. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

I shall be associated in this action with Jeffrey D. Clements, Clements & Clements, LLP, 50 Federal Street, Boston, Massachusetts 02110 and Aaron P. Burns, Smith Elliott Smith & Garmey, 199 Main Street, Saco, Maine 04072 who also have filed appearances in this matter.

SMITH ELLIOTT SMITH & GARMEY,

BY: _____
Keith R. Jacques, Esq.

199 Main Street
P.O. Box 1179
Saco, ME 04072
(207) 282-1527

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Visiting Lawyer Certificate was served this __15__ day of March, 2004 by forwarding a copy by first class mail, postage prepaid, to:

>Jack Bryan Little, Esq.
>Law Offices of Jack Bryan Little, P.C.
>401 Andover Street
>North Andover, MA 01845

_____
Keith R. Jacques, Esq.