UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNAMIC MACHINE WORKS INC., ) | |
| Plaintiff ) | |
| ) | |
| vs ) | Docket No. 04-10525-WGY |
| ) | |
| MACHINE & ELECTRICAL ) | |
| CONSULTANTS, INC. ) | |
| Defendant ) | |

CORPORATE DISCLOSURE STATEMENT

Plaintiff, Dynamic Machine Works Inc., hereby notifies the Court that it has no parent companies and that it is not a publicly held corporation.

Respectfully submitted,
DYNAMIC MACHINES WORKS INC.
By its attorney,

Jack Bryan Little
LAW OFFICE OF
JACK BRYAN LITTLE, PC
401 Andover Street
North Andover, MA 01845
(978) 682-9985

Date: 4/7/04

## CERTIFICATE OF SERVICE

I, Jack Bryan Little, hereby certify that this day I have served a copy of the within Corporate Disclosure Statement by first class mail, postage prepaid to counsel for defendant as follows:

Jeffrey D. Clements
Clements & Clements, LLP
50 Federal Street
Boston, MA 02111

Date: 4/7/04

_____
Jack Bryan Little