UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| DYNAMIC MACHINE WORKS, INC., | ) | |
| | ) | |
| Plaintiff | ) | Docket No. 04-10525-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| MACHINE & ELECTRICAL CONSULTANTS, INC., | ) ) | |
| | ) | |
| Defendant/Counterclaimant | ) | |


DEFENDANT MACHINE & ELECTRICAL CONSULTANTS, INC.
<u>RULE 26(A)(1) DISCLOSURE</u>


A.   Individuals with Discoverable Information:

<u>Machine & Electrical Consultants, Inc.</u>

- Norman Crepeau
  17 Pomerleau Street
  Biddeford, ME 04005
  (207) 286-1985

- Fabien Dube
  17 Pomerleau Street
  Biddeford, ME 04005
  (207) 286-1985

- Tom Giovanni
  17 Pomerleau Street
  Biddeford, ME 04005
  (207) 286-1985

The above individuals have information regarding Dynamic Machine Works, Inc.'s purchase of the Johnford HT-275G Lathe (the "Johnford Lathe") including specifications, delivery, commissioning, testing, and communications between Dynamic Machine Works and Machine & Electrical Consultants, Inc.

- Hayden Wellman
  Absolute Machine Tools, Inc.
  7420 Industrial Parkway
  Lorain, Ohio 44053
  (440) 960-6911

The above individual has information regarding Dynamic Machine Works, Inc.'s purchase of the Johnford HT-275G Lathe (the "Johnford Lathe") including specifications, delivery, commissioning, testing, and communications between Dynamic Machine Works and Machine & Electrical Consultants, Inc.

Dynamic Machine Works, Inc.

- Venanzioro Fonte
  Dynamic Machine Works, Inc.
  12 Suburban Park Drive
  Billerica, MA 01821

- Kevin McGinley
  Dynamic Machine Works, Inc.
  12 Suburban Park Drive
  Billerica, MA 01821

- Nicholas Fonte
  Dynamic Machine Works, Inc.
  12 Suburban Park Drive
  Billerica, MA 01821

- John Heymans
  Dynamic Machine Works, Inc.
  12 Suburban Park Drive
  Billerica, MA 01821

The above individuals have information regarding Dynamic Machine Works, Inc.'s purchase of the Johnford HT-275G Lathe (the "Johnford Lathe") including specifications, delivery, commissioning, testing, and communications between Dynamic Machine Works and Machine & Electrical Consultants, Inc.

- Jack Grosberg
  Oxford Engineering Company, Inc.
  2 Red Barn Road
  Oxford, CT 06478
  (203)-888-5333

- Mark Watt
  DRW Consulting
  253 Miller Road

       Bethany, CT 06524
       (203)-393-3344

- Mark Metayer (former MECI employee)
  Mainely Turning
  West Street
  Biddeford, ME 04005

The above individuals will testify regarding specifications, testing and commissioning of the Johnford Lathe.

- Roundtop Machinery Industries Company, Ltd. Representatives
  1056 Chungshan Road
  Shenkang Hsang, Taichung-Hsien, Tawain

Machine & Electrical Consultants is attempting to identify individuals at Roundtop who will testify regarding the manufacturing, specifications, testing, shipping, and delivery of the Johnford Lathe.

B.    Documents (copies attached):

- 10/7/02 & 9/12/02    e-mails from Jay Neavis
- 12/12/02    Absolute correspondence
- 12/17/02    Dynamic P.O. No. 13436 to MECI for Johnford HT-200G Lathe
- 12/17/02    MECI Invoice No. F5410
- 12/17/02    Dynamic Check No. 11230 for $29,500.00 to MECI
- 12/18/02    Absolute Invoice No. 121802CSI
- 12/18/02    MECI Check Stub No. 13798
- 12/23/02    Proposal from MECI to Dynamic for Johnford HT-275G Lathe
- 12/26/02    Absolute Sales Contract
- 12/26/02    MECI Purchase Order to Absolute
- 12/27/02    MECI Purchase Order
- 12/31/02    MECI Invoice N5441 to Dynamic for Rental of Johnford ST60B

- 1/27/03     Fax from Roundtop

- 2/12/03     Fax from Roundtop

- 2/21/03-3/19/03     MECI packing slips (3) with attachments

- 2/28/03     e-mail from N. Fonte to Crepeau

- 3/18/03     Absolute Sales Contract

- 3/22/03     Fax from Crepeau to Autoblok with attachments

- 3/24/03     PAF Invoice

- 3/31/03     e-mail from K. McGinley to Crepeau

- 4/30/03     e-mail from K. McGinley to Crepeau

- 5/19/03     e-mail from K. McGinley to Crepeau

- 6/12/03     e-mail from K. McGinley to Crepeau

- 6/12/03     e-mail from Crepeau to K. McGinley

- 6/12/03     Fax from Crepeau to Absolute

- 6/20/03     Correspondence from Roundtop with 6/23/03 note by K. McGinley

- 6/24/03     Correspondence from Roundtop

- 6/26/03     Correspondence from Crepeau to V. Fonte, K. McGinley

- 7/8/03     Correspondence from V. Fonte to Crepeau

- 7/16/03     e-mail from K. McGinley to Crepeau

- 7/29/03     Johnford Accuracy Inspection Record

- 8/12/03     Fax from Roundtop

- 8/14/03     Shipping Advice

- 8/21/03     e-mail from McGinley to Crepeau

- 8/28/03          Bill of Lading

- 9/22/03          Delivery Order

- 9/23/03          e-mail from K. McGinley to Crepeau

- 9/24/03          e-mail from TransAmerica

- 9/25/03          e-mail from K. McGinley to E. Vannah, N. Fonte, J. Heymans

- 10/8/03          W.F. Harnum Rigging Invoice

- 10/1/03-10/9/03  Miscellaneous TransAmerica Trucking Documentation

- 8/8/03-10/9/03   Miscellaneous Keeney Rigging Documentation

- 10/20/03         MECI Service Report

- 10/31/03         Installation Report

- 10/31/03         Indicator Sheet

- 10/31/03         MECI Service Report

- 11/4/03          MECI Purchase Order to DRW

- 11/9-11/03       Test Results from DRW Consulting

- 11/11/03         MECI Purchase Order to Grainger

- 11/17/03         MECI Purchase Order to Oxford

- 11/11/03-11/18/03  MECI Service Report

- 11/18/03         Fax from J. Heymans with Oxford Test Results

- 11/18-25/03      Test results from Oxford Engineering, Inc.

- 11/26/03         MECI Purchase Order to Autoblok with attachments

- 11/26/03         MECI Invoices numbered 7844 and 7845

- 12/9/03          Correspondence from V. Fonte to Crepeau

-5-

- 12/11/03    Correspondence from J. Little to Crepeau
- 12/17/03    MECI Customer Open Balance Sheet
- 1/20/04     Correspondence from Absolute to Crepeau
- 1/27/04     Correspondence from K. Jacques to J. Little
- 2/9/04      Correspondence from Absolute to Crepeau
- 2/11/04     Correspondence from K. Jacques to J. Little
- 2/12/04     Correspondence from K. Jacques to J. Little
- 3/12/04     Oxford Invoice
- 3/22/04     Correspondence from K. Jacques to J. Little
- undated     Miscellaneous Johnford Brochures
- undated     Miscellaneous Drawings and Sketches

C.   Damages:

Machine and Electrical seeks damages on its Counterclaim in the amount of $325,500.00 plus interest, costs and attorneys' fees.

D.   Insurance:

None.

DATED this 4th day of June, 2004.

                                SMITH ELLIOTT SMITH & GARMEY,

                                /s/ **Keith R. Jacques**
                              **/s/ Aaron P.Burns**_____
                              Keith R. Jacques, Esq.
                              Aaron P. Burns, Esq.
                              Attorneys for Defendant/Counterclaimant

199 Main Street
P.O. Box 1179
Saco, ME 04072
(207) 282-1527

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Disclosure was served this 4th day of June, 2004 by forwarding a copy by overnight mail, postage prepaid, to:

> Jack Bryan Little, Esq.
> Law Offices of Jack Bryan Little, P.C.
> 401 Andover Street
> North Andover, MA 01845

        /s/  **Keith R. Jacques**
        _____
        Keith R. Jacques