UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DYNAMIC MACHINE WORKS INC.,      )
      Plaintiff      )
            )
vs      )      Docket No.  04-10525-WGY
            )
MACHINE & ELECTRICAL      )
CONSULTANTS, INC.      )
      Defendant      )

## MOTION FOR SUMMARY JUDGMENT

      NOW COMES the plaintiff, Dynamic Machine Works Inc. ("Dynamic"), through

counsel, and pursuant F.R.C.P. 56 moves this court for summary judgment in its favor.   As

grounds therefore, plaintiff submits herewith a memorandum of law, which is supported by the

affidavits of Venanzioro Fonte and Jack Grosberg and the deposition testimony of Norman

Crepeau of Machine & Electrical Consultants, Inc., as well as the exhibits attached thereto

      WHEREFORE movant requests that the court grant it summary judgment in the within

proceeding, and such other and further relief as justice may require.

      Respectfully submitted,
      DYNAMIC MACHINE WORKS INC.
      By its attorney,


Dated:                   s/Jack Bryan Little
                        Jack Bryan Little (#301920)
                        LAW OFFICES OF JACK BRYAN LITTLE, P.C.
                        401 Andover Street
                        North Andover, MA 01845
                        (978)682-9985