TOYOTA
TRANS
American
TRUCKING SERVICE

