

# Dynamic Machine Works Inc.
*Precision Flowforming*

Norm Crepeau
Machine & Electrical Consultants
17 Pomerleau Street
Biddeford, ME 04005

Page 1 of 2
01/13/03

Subject: Dynamic Machine Works Purchase Order 13436

Ref.: Machine and Electrical Consultants Proposal Dated January 03, 2003, Johnford HT-275G Heavy Duty Turning Center

Dear Norm,

Please enter Dynamic Machine Works Purchase order number 13436 for the following:

1. 1 each, Johnford HT-275G Heavy duty turning center as outlined in your proposal dated 01/03/03. Total machine cost is $355,000.00.
    a. Payment of $29,500.00 with placement of order. Paid on 12/17/02, check number 11230.
    b. Second payment of $148,000.00 due upon delivery of the machine.
    c. Final payment of $177,500.00 is due 30 days after final acceptance of machine.
    d. Machine delivery to be on or about 5/15/03.
    e. F.O.B. Delivered, on the floor.

2. 2 each, 25" SMW Autoblock 830/310 BB-N, 3 jaw plain back chucks with A2-15 adapter plate and A2-20 adapter plate, dual air control @ $35,500 each.
    a. 1 Chuck to be installed on Mazak Slant 60 lathe. The chuck removed from the Mazak will be installed on the rear of the Johnford HT-275G Lathe (Item 1). 1 Chuck to be installed on front of Johnford HT-275G Lathe (Item 1).
    b. Anticipated delivery of chucks is 1/15/03
    c. Chucks to be paid net 30 days from installation on Mazak Slant 60, F.O.B. Dynamic Machine Works

12 Suburban Park Drive, Billerica, MA 01821-3998    Tel: (978) 667-0202    Fax (978) 667-3812



# Dynamic Machine Works Inc.
*Precision Flowforming*

Page 2 of 2

3. 1 each, SMW Steady Rest assembly SLUB-Z-6, with 4.9" to 18.1" capacity central air and oil @ $45,000.00

   a. To be installed at factory on Johnford HT-275G Lathe (Item 1)
   b. Anticipated delivery of Steady rest is 1/15/03
   c. To be paid net 30 days from invoice date, pending proof of receipt (packing slip).
   d. F.O.B. Dynamic Machine Works

4. 1 each Johnford ST-60B loaner lathe @ $15,000.00.

   a. Payment includes rigging, installation, start-up, and removal of Johnford ST-60B lathe.
   b. Payment covers use of ST-60B lathe for the entire waiting period until Johnford HT-275G lathe (item 1) is installed.

*[signature]*
Kevin McGinley
Dynamic Machine Works

Norm Crepeau
Machine & Electrical Consultants

12 Suburban Park Drive, Billerica, MA 01821-3998    Tel: (978) 667-0202    Fax: (978) 667-3812