**Machine & Electrical**
CONSULTANTS, INC.

June 26, 2003

Mr. Ven Fonte
Mr. Kevin McGinley

Dynamic Machine Works
12 Sururban Park Drive
Billerica, MA 01821

As per our conference telephone conversation on Wednesday, June 25, 2003, here is the schedule for the NEW Johnford HT275G delivery:

Factory to complete HT275G with complete inspection reports (laser) by August 15 or earlier.

HT275G to ship from Taiwan via ship to arrive in USA by Aug 31.

Clear USA customs with delivery to Dynamic by September 8.

MECI to install with complete inspection and commissioning by September 19.

These dates are to met or, of course, earlier. If the September 19th date is missed, MECI, Johnford, and Absolute Machine Tool will have a penalty of $500.00 per day until the HT275G is commissioned and inspected deductable from the final HT275G payment.

Should you have any further questions, please feel free to contact the office. Thank you for the opportunity to be of service.

Sincerely,

Norman Crepeau

17 Pomerleau Street    www.machineelectrical.com    58C Connecticut Ave.
Biddeford, ME 04005    Tel.:(207)286-1985    So. Windsor, CT 06074
                       Fax:(207)286-1823