EXHIBIT G


ROUNDTOP MACHINERY INDUSTRIES CO., LTD

TO: AMT
ATTN: STEVE ORTNER
FROM: JULIA WU

DATE: JUNE 20, 2003
REF: AMT-030620-1
FAX: 1-440-8399696-1
PAGE: 1 OF 1

DEAR STEVE,

RE: HT-2756

WE ARE VERY SORRY THIS MACHINE IS LATE AND IT IS REALLY BECAUSE THE SARS EPIDEMIC IN TAIWAN HAS CAUSED MANY UNEXPECTED PROBLEMS FOR OUR COMPANY. THERE HAS BEEN MANY RESTRICTIONS ON WORK AND TRAVEL AND IT HAS BEEN DIFFICULT DEALING WITH OUR SUBCONTRACTORS AND GETTING THIS DONE ON TIME. NOW, THAT THE SARS IS JUST ABOUT OVER, THINGS ARE FINALLY RETURNING TO NORMAL SCHEDULE AND WE EXPECT TO HAVE THIS MACHINE FINISHED AND SHIPPED OUT BY MIDDLE OF AUG.

REALLY SORRY FOR THE INCONVENIENCE CAUSED, IF ANY.

BEST REGARDS,
ROUNDTOP MACHINERY INDUSTRIES CO., LTD.

JULIA WU

TOTAL P.18