

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 Courthouse Way
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK

January 5, 2005

Honorable Margaret H.Marshall
Supreme Judicial Court of Massachusetts
One Beacon St.
Boston, MA 02108

RE:   Dynamic Machine Works, Inc.  v.  Machine & Electrical Consultants
      Civil Action Number 04-10525-WGY

Dear Madame Chief Justice Marshall:

     Enclosed is a certified copy of an Order of this Court duly executed by Chief Judge William G. Young
pursuant to your Rule 1:03 Under the Massachusetts Version of the Uniform Commercial Code in our above
entitled case.

     Please also find enclosed copies of the following pleadings which constitute the agreed upon Record for the
purpose of the certified question:

          -Complaint
          -Answer to the Complaint
          - Motion for Summary Judgment
          -Memorandum in Support of Motion
          -Affidavits
          -Statement of Facts
          -Memorandum of Opposition to the Motion
          -Affidavits
          -Reply Brief

For your convenience I have also enclosed a certified copy of our docket entries in the above entitled case. Should
you feel any portion of the record is incomplete, please let me know and I will transmit the same to you as soon
as possible.

                              Respectfully,

                              Elizabeth Smith
                              Deputy Clerk