**Supreme Judicial Court for the Commonwealth of Massachusetts**
John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

FILED
CLERKS OFFICE

2005 FEB 22 P 3:06

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA 02210


RE:   No. SJC-09440

      **DYNAMIC MACHINE WORKS, INC.**
            vs.
      **MACHINE & ELECTRICAL CONSULTANTS, INC.**


      Lower court information:

            Lower Court:
            Docket No(s):      04-CV-10525-WGY

      Route to SJC:            Direct Entry: Certified Question


                       NOTICE OF ENTRY

      Pursuant to Mass.R.A.P. 10(a)(3), you are hereby notified that, on February 4, 2005, the above-referenced case was entered on the docket of this court.


                              Susan Mellen, Clerk

Dated: February 16, 2005