SUPREME JUDICIAL COURT FOR THE COMMONWEALTH
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE - SUITE 1400
BOSTON, MASSACHUSETTS 02108-1724
Tel: 617-557-1020; Fax: 617-557-1145

Susan Mellen, Clerk

July 28, 2005

Elizabeth Smith
Deputy Clerk
Office of th Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02110

      Re: Dynamic Machine Works Inc. v. Machine & Electrical Consultants
         Civil Action Number 04-10525-WGY
         Supreme Judicial Court No. 9440

Dear Ms. Smith:

      Enclosed please find a copy of the opinion rendered in the above matter. If this office can be of any assistance, please do not hestitate to contact me at telephone number 617-557-1188.

Very truly yours,

*Susan Mellen*
Susan Mellen, Clerk

Enc.