UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
DYNAMIC MACHINE WORKS, INC.,        )
         Plaintiff                  )
                                    )
VS.                                 )   Docket No. 04-10525-WGY
                                    )
MACHINE & ELECTRICAL                )
CONSULTANTS, INC.,                  )
         Defendant                  )
                                    )
```

**NOTICE OF APPEARANCE**

**To the Clerk of the Court:**

    Kindly enter my appearance as attorney for Plaintiff, Dynamic Machine Works, Inc.

    Prior counsel for Plaintiff, Jack Bryan Little, Esquire, is deceased.

                                             Respectfully submitted

                                             */s/ Gregg S. Haladyna*
                                             Gregg S. Haladyna, Esquire
                                             (BBO No. 547254)
                                             56 Central Square
                                             Chelmsford, MA 01824
                                             (978) 256-8115
                                             e-mail:  Halalaw@aol.com

October 20, 2005