UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNAMIC MACHINE WORKS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:04-cv-10525-WGY |
| ) | |
| MACHINE & ELECTRICAL ) | |
| CONSULTANTS , INC. ) | |
| ) | |
| Defendant ) | |
| ) | |

### ASSENTED TO MOTION TO WITHDRAW AS ATTORNEY

Aaron P. Burns, counsel for Machine & Electrical Consultants, Inc. hereby prays for leave to withdraw from this matter.  Attorney Burns has left the employment of Smith Elliott Smith & Garmey, P.A.  Attorneys Keith Jacques and Jeffrey Clements will continue to represent Machine & Electrical Consultants, Inc.

Attorney Gregg S. Haladyna has been contacted and has assented to this motion.

WHEREFORE, Aaron P. Burns prays as follows:

1.   That this Court grants him leave to withdraw from representation of Machine & Electrical Consultants, Inc.

2.   That this Court terminates his representation of Machine & Electrical Consultants, Inc.

3.   That this Court removes him from the service list and discharges him from any further responsibility in this matter.

Dated:   Portland, Maine
         November 7, 2005

/s/ Aaron P. Burns
_____
Aaron P. Burns, BBO 644116

CERTIFICATE OF SERVICE

    I, Aaron P. Burns hereby certify that I have filed this motion on the Court's ECF system. To the best of my knowledge, all counsel of record have registered on said system and will receive notice of this motion electronically.

Dated:        Portland, Maine
                 November 7, 2005

                          /s/ Aaron P. Burns
                          Aaron P. Burns, BBO 644116

Michael J. Pearce & Associates, LLC
Two Monument Square, 9th Floor
P.O. Box 108
Portland, ME 04112