UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DYNAMIC MACHINE WORKS, INC., <br>     Plaintiff <br><br> VS. <br><br> MACHINE & ELECTRICAL <br> CONSULTANTS, INC., <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) Docket No. 04-10525-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO FILE REPLY BRIEF**

    Now comes the Plaintiff and respectfully moves this Honorable Court for leave to file a Reply Brief responding to the Defendant's Opposition to Plaintiff's Motion for Assessment of Damages.  As grounds therefore, such Reply Brief will be of assistance to the Court in clarifying the issues.

                                            Respectfully submitted

                                            */s/ Gregg S. Haladyna*
                                            Gregg S. Haladyna, Esquire
                                            (BBO No. 547254)
                                            56 Central Square
                                            Chelmsford, MA 01824
                                            (978) 256-8115
                                            e-mail:  Halalaw@aol.com

December 30, 2005