```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| DYNAMIC MACHINE WORKS, INC., ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | Docket No. 04-10525-WGY |
| ) | |
| MACHINE & ELECTRICAL ) | |
| CONSULTANTS, INC., ) | |
| Defendant ) | |
| ) | |

**NOTICE OF FILING WITH CLERK S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

    Exhibits A, B and C to the Supplemental Affidavit of Venanzioro Fonte.

                                   Respectfully submitted

                                   */s/ Gregg S. Haladyna*
                                   Gregg S. Haladyna, Esquire
                                   (BBO No. 547254)
                                   56 Central Square
                                   Chelmsford, MA 01824
                                   (978) 256-8115
                                   e-mail:  Halalaw@aol.com

December 30, 2005