UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNAMIC MACHINE WORKS, INC., )<br>　　　　Plaintiff　　　　　　　　) <br>　　　　　　　　　　　　　　　　)<br>VS.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MACHINE & ELECTRICAL　　　　　)<br>CONSULTANTS, INC.,　　　　　　)<br>　　　　Defendant　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Docket No. 04-10525-WGY |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1) this case is dismissed with prejudice and without costs to any party, including all claims and counterclaims.

Dated:  March 6, 2006          */s/ Gregg S. Haladyna*
　　　　　　　　　　　　　　　　Gregg S. Haladyna, Esquire
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　(BBO No. 547254)
　　　　　　　　　　　　　　　　56 Central Square
　　　　　　　　　　　　　　　　Chelmsford, MA 01824
　　　　　　　　　　　　　　　　(978) 256-8115
　　　　　　　　　　　　　　　　e-mail:  Halalaw@aol.com

Dated:  February 16, 2006      */s/ Keith R. Jacques*
　　　　　　　　　　　　　　　　Keith R. Jacques, Esquire
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Smith, Elliott, Smith &
　　　　　　　　　　　　　　　　Garmey, P.A.
　　　　　　　　　　　　　　　　199 Main Street
　　　　　　　　　　　　　　　　P. O. Box 1179
　　　　　　　　　　　　　　　　Saco, ME  04072
　　　　　　　　　　　　　　　　(207) 282-1527